1  Sheri M. Thome, Esq.
   Nevada Bar No. 008657
2  L. Joe Coppedge, Esq.
   Nevada Bar No. 004954
3  WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
   300 South Fourth Street, 11th Floor
4  Las Vegas, Nevada 89101
   (702) 727-1400; FAX (702) 727-1401
5  Sheri.Thome@wilsonelser.com
   L.Joe.Coppedge@wilsonelser.com
6  *Attorneys for Defendant Nevada Title Company*

7  **UNITED STATES DISTRICT COURT**

8  **DISTRICT OF NEVADA**

9  FEDERAL DEPOSIT INSURANCE        CASE NO:   2:12-cv-02060-LRH-VCF
   CORPORATION AS RECEIVER OF AMTRUST
10 BANK,

11            Plaintiff,                         **MOTION TO SUBSTITUTE COUNSEL**

12    v.

13 NEVADA TITLE COMPANY, a Nevada
   corporation; MARK A. GONZALEZ, an individual,
14
              Defendants.
15

16   Defendant NEVADA TITLE COMPANY hereby seeks leave of Court pursuant to

17 LR IA 10-(6)(c) to substitute SHERI M. THOME, ESQ. and L. JOE COPPEDGE, ESQ., of the law

18 firm of WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP, as attorneys of record in

19 place and stead of TERRY A. MOORE, ESQ., of the law firm of MARQUIS AURBACH

20 COFFING.

21   DATED this 23 day of May, 2013

22                                    WILSON, ELSER, MOSKOWITZ, EDELMAN
                                      & DICKER LLP
23
24                                    BY: /s/ Sheri Thome
25                                    Sheri M. Thome, Esq.
                                      Nevada Bar No. 008657
26                                    L. Joe Coppedge, Esq.
                                      Nevada Bar No. 004954
27                                    300 South Fourth Street, 11th Floor
                                      Las Vegas, Nevada 89101
28                                    *Attorneys for Defendant Nevada Title Company*

498310.1                              Page 1 of 4

1  I HEREBY CONSENT to the substitution of SHERI M. THOME, ESQ. and L. JOE
2  COPPEDGE, ESQ., of the law firm of WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER
3  LLP, as counsel for Nevada Title Company, in the above entitled action.

DATED this 23rd day of May, 2013

BY: _____
Name: Robbie D. Graham
Title: Senior Vice President
NEVADA TITLE COMPANY

I HEREBY CONSENT to the above substitution.

DATED this 20th day of May, 2013

MARQUIS AURBACH COFFING

BY: _____
Terry A. Moore, Esq.
Nevada Bar No. 007831
100001 Park Run Drive
Las Vegas, Nevada 89145

I am duly admitted to practice in this District and I HEREBY AGREE to the above substitution.

DATED this 23 day of May, 2013

WILSON, ELSER, MOSKOWITZ, EDELMAN
& DICKER LLP

BY: _____
Sheri M. Thorne, Esq.
Nevada Bar No. 008657
L. Joe Coppedge, Esq.
Nevada Bar No. 004954
300 South Fourth Street, 11th Floor
Las Vegas, Nevada 89101
*Attorneys for Defendant Nevada Title Company*

498310.1

Page 2 of 4

**IT IS SO ORDERED**, that SHERI M. THOME, ESQ. and L. JOE COPPEDGE, ESQ., of the law firm of WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP are attorneys of record in place and stead of TERRY A. MOORE, ESQ. of the law firm of MARQUIS AURBACH COFFING for Defendant NEVADA TITLE COMPANY.

DATED this 24th day of May, 2013

_____
UNITED STATES ~~DISTRICT~~ JUDGE
         MAGISTRATE