1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

FEDERAL DEPOSIT INSURANCE
CORPORATION as Receiver for AMTRUST
BANK,

         Plaintiff,

   vs.

NEVADA TITLE COMPANY, a Nevada
corporation; and MARK A. GONZALEZ, an
individual,

         Defendants.

CASE NO. 2:12-cv-02060-LRH-VCF

ORDER APPROVING
**NOTICE OF SETTLEMENT IN PRINCIPLE**

**TO THE HONORABLE COURT, THE PARTIES AND THEIR COUNSEL OF**

**RECORD:**

      PLEASE TAKE NOTICE THAT Plaintiff Federal Deposit Insurance Corporation, as

Receiver of AmTrust Bank ("FDIC-R"), on the one hand, and Defendant Nevada Title Company

("Nevada Title") on the other hand, have reached a tentative settlement in principle of the claims

that the FDIC-R has asserted in this action against Nevada Title.

      The terms of the settlement are being documented in a written Settlement Agreement.

1    The FDIC-R anticipates that it will take approximately sixty (60) days to complete the

2    written Settlement Agreement, finalize all conditions and dismiss the case against all Defendants.

3    As a result of the settlement, the FDIC-R respectfully requests that the Court vacate all

4    attendant discovery, pre-trial and trial dates and deadlines.

5    DATED this 2nd day of July, 2015.

6    KOLESAR & LEATHAM

7    By _____

8    RANDOLPH L. HOWARD, ESQ.
     Nevada Bar No. 006688

9    SHLOMO S. SHERMAN, ESQ.
     Nevada Bar No. 009688

10   400 South Rampart Boulevard, Suite 400
     Las Vegas, Nevada 89145

11

12   Attorneys for Plaintiff
     FEDERAL DEPOSIT INSURANCE

13   CORPORATION as Receiver for AMTRUST
     BANK

14

15   IT IS ORDERED that attendant discovery, dates and deadlines are stayed for 60
     days.

16   IT IS SO ORDERED.

17   DATED THIS 7th___ DAY OF JULY, 2015.

18

19

20

21   _____

     LARRY R. HICKS
22    UNITED STATES DISTRICT JUDGE

23

24

25

26

27

28