UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER OF AMTRUST BANK,<br><br>Plaintiff,<br><br>v.<br><br>NEVADA TITLE COMPANY, a Nevada corporation; MARK A. GONZALEZ, an individual,<br><br>Defendants. | CASE NO: 2:12-cv-02060-LRH-VCF<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE; ORDER THEREON** |

Plaintiff FEDERAL DEPOSIT INSURANCE CORPORATION as RECEIVER for AMTRUST BANK ("FDIC-R"), by and through its counsel of record, Kolesar & Leatham, and Defendant NEVADA TITLE COMPANY ("Defendant"), by and through its counsel of record WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP, hereby stipulate to dismiss the above-captioned action, with prejudice, with all parties bearing their own attorneys' fees and costs.

Dated this 1st day of February, 2016.

KOLESAR & LEATHAM

/s/ _____
BART K. LARSEN, ESQ.
SHLOMO S. SHERMAN, ESQ.
400 South Rampart Blvd, Suite 400
Las Vegas, Nevada 89145
*Attorneys for Plaintiff, F.D.I.C.*
as Receiver for AMTRUST BANK

Dated this 1st day of January, 2016.

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP

/s/ _____
SHERI M. THOME, ESQ.
300 South Fourth Street, 11th Floor
Las Vegas, Nevada 89101
*Attorneys for Defendant*
NEVADA TITLE COMPANY

## ORDER ON STIPULATION

GOOD CAUSE SHOWN, IT IS SO ORDERED.

DATED this 2nd day of February, 2016.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE